NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff – Appellant,*

v.

**ALPS SOUTH, LLC,**
*Defendant - Cross-Appellant.*

---

2015-1132, -1133

---

Appeals from the United States District Court for the Southern District of Ohio in No. 2:04-cv-01223-GLF-MRA, Judge Gregory L. Frost.

---

ON MOTION

O R D E R

Upon consideration of the unopposed motion of appellant The Ohio Willow Wood Company to extend time to file its principal brief by 30 days until February 4, 2015,

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due on February 4, 2015.

　　　　　　　　　　　　　　　　FOR THE COURT

November 14, 2014　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　Clerk of Court